UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HUNTER ALLEN ADAMS,
    Plaintiff,

vs.                                                  Case No.:  3:21cv1542/LAC/EMT

ESCAMBIA COUNTY BOARD OF
COMMISSIONERS, et al.,
    Defendants.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on April 19, 2022 (ECF No. 12).  Efforts were made to furnish the plaintiff a copy of the Report and Recommendation and afforded him the opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  All mail was returned as undeliverable as Plaintiff has been released from jail with no known address.  No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The chief magistrate judge's Report and Recommendation (ECF No. 12) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

3. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 1st day of June, 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**